**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------x
                              :

UNITED STATES OF AMERICA     :
                              :
        -against-          :
                              :

MIGUEL GUERRERO          :
                              :

---------------------------------------x

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 12/4/2020 |

**ORDER**

1:07-cr-00248-GHW-1

_____
Docket #

_____Gregory H. Woods_____, **DISTRICT JUDGE**:
     Judge's Name

The C.J.A. attorney assigned to receive cases on this day,

_____Samidh Guha_____ is hereby ordered to assume

representation of the defendant in the above captioned

matter, NUNC-PRO-TUNC _____.

This appointment is for the purpose of representing the defendant in connection with a potential compassionate release motion.
The Clerk of Court is directed to mail a copy of this order to Mr. Guerrero.
                        **SO ORDERED**.

Dated: December 4, 2020   _____

                         **UNITED STATES DISTRICT JUDGE**